UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION NO. 397,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN WATER WORKS COMPANY INC., and ILLINOIS AMERICAN WATER COMPANY GRANITE CITY DISTRICT,<br><br>    Defendants. | Case No. 12-cv-600-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants American Water Works Company, Inc. and Illinois American Water Company Granite City District and against plaintiff Laborers' International Union of North America, Local Union No. 397.

**DATED: May 30, 2013**      NANCY J. ROSENSTENGEL, Clerk of Court

                                          **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**